IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Defendant. | 8:17CV204<br><br><br>MEMORANDUM<br>AND ORDER |

　　　　This matter is before the court on Plaintiff's recent filings. (Filing Nos. 9-11.) On June 14 and 21, 2017, the clerk's office sent mail to the Plaintiff at the Lancaster County Jail, the address for him on file with the court. The mail was returned as undeliverable with no forwarding address on file. Plaintiff's recent filings inform the court that he has been returned to the custody of the Lancaster County Jail. The court will order the clerk's office to send Plaintiff the Memorandum and Order dated June 14, 2017, directing Plaintiff to either submit the $400.00 in filing fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Plaintiff shall, instead, have until 30 days from the date of this Memorandum and Order to comply.

　　　　The court understands from Plaintiff's recent filings that he intends to file a future complaint. **The court warns Plaintiff that it will no longer accept piecemeal filings from him.** He shall file a complaint with the required payment of fees or request to proceed in forma pauperis. Furthermore, any complaint shall comply with Federal Rule of Civil Procedure 8, which states that a pleading must contain "*a short and plain statement of the claim showing that the pleader is entitled to relief*." (emphasis added). Plaintiff's filings to date have not complied with Rule 8. **Failure to comply with these requirements will result in dismissal of this action without further notice to Plaintiff.**

IT IS THEREFORE ORDERED that:

1. **No later than August 9, 2017**, Plaintiff shall file a complaint with the $400.00 in filing fees to the clerk's office or submit a request to proceed in forma pauperis. The complaint shall comply with Federal Rule of Civil Procedure 8. **Failure to comply with these requirements will result in dismissal of this action without further notice to Plaintiff.**

2. The clerk's office is directed to send a copy of the Memorandum and Order dated June 14, 2017 (Filing No. 4) with the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") to Plaintiff at the current address on file for him.

3. The clerk's office is directed to terminate the pro se case management deadline for **July 21, 2017**, and to set a pro se case management deadline using the following text: **August 9, 2017**: check for complaint and payment of fees/IFP motion.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge