IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC ROBINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>        Defendant. | 8:17CV204<br><br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court on Plaintiff Eric Robinson's ("Robinson") "Motion to amend supporting information to existing complaint." ([Filing No. 30](#).) The information Robinson seeks to add through this motion is "in support of topics that were 'loosely supported' on the initial complaint" in this case. ([Filing No. 30 at CM/ECF p. 1](#).) However, the court entered a judgment on October 6, 2017, dismissing this case without prejudice after conducting an initial review of Robinson's petition for a writ of mandamus and supplemental pleadings. ([Filing No. 28](#); [Filing No. 29](#).) As the action stands dismissed without prejudice, the court finds that Robinson's "Motion to amend supporting information to existing complaint" is denied as moot.

      IT IS THEREFORE ORDERED that:  Plaintiff's "Motion to amend supporting information to existing complaint" ([Filing No. 30](#)) is denied as moot.

      Dated this 16th day of October, 2017.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Senior United States District Judge