IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC ROBINSON,<br><br>                     Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>                     Defendant. | 8:17CV204<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Plaintiff's Motion for Copies. ([Filing No. 39](#).) The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. [28 U.S.C. § 1915](#); *see also [Haymes v. Smith](#)*, 73 F.R.D. 572, 574 (W.D.N.Y.1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *[Tyler v. Lark](#)*, 472 F.2d 1077, 1078 (8th Cir.1973)). If Plaintiff requires copies of court documents, he should contact the clerk's office to determine the proper method of requesting and paying for copies. Accordingly,

      IT IS THEREFORE ORDERED that: Plaintiff's motion for copies is denied.

      Dated this 20th day of October, 2017.

                                                          BY THE COURT:

                                                         s/ *Richard G. Kopf*
                                                          Senior United States District Judge