IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ROBINSON, | | |
| Plaintiff, | | **8:17CV204** |
| vs. | | |
| STATE OF NEBRASKA, | | **MEMORANDUM AND ORDER** |
| Defendant. | | |

IT IS ORDERED that: Plaintiff's Motion for Clarification and/or Reconsideration (filing no. 55) is denied.

Dated this 6th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge